**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00590-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ANTONIO TAURINO MARTINEZ-URIAS,

        Defendant.

---

**MINUTE ORDER**
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, due to the Court's unavailability, the status hearing regarding Defendant Martinez-Urias set **Thursday, March 3, 2011 is VACATED and RESET for Friday, March 11, 2011 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  March 2, 2011