IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  10-cr-00590-LTB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ANTONIO TAURINO MARTINEZ- URIAS,

     Defendant.

_____

ORDER

_____

As set forth on the record at the hearing held on March 11, 2011, IT IS HEREBY

ORDERED that:

1)  Defendant's Second Unopposed Motion to Exclude Time [Doc # 29] is GRANTED,

and a period of 45 days shall be excluded from Defendant's speedy trial date; and

2) A further status and scheduling hearing is set for **Wednesday, April 20, 2011 at 9:00**

**a.m.**

Dated: March 11, 2011, in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE