IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 10-cr-00590-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTONIO TAURINO MARTINEZ- URIAS,

    Defendant.

___

ORDER
___

    As set forth on the record at the hearing held on April 20, 2011, IT IS HEREBY ORDERED that:

    1) Defendant's Third Unopposed Motion to Exclude Time [Doc # 32] is GRANTED, and a period of 45 days shall be excluded from Defendant's speedy trial date; and

    2) A further status and scheduling hearing is set for **Tuesday, May 17, 2011 at 9:00 a.m.**

    BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, JUDGE

Dated: April 21, 2011