**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00590-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ANTONIO TAURINO MARTINEZ-URIAS,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

        This will confirm that, pursuant to Defendant's Motion to Vacate Status Conference and Set for Change of Plea (Doc 35 - filed May 6, 2011) which is being construed as a Notice of Disposition, the status conference set **Tuesday, May 17, 2011 is VACATED**.

        This will further confirm that a change of plea hearing regarding Defendant Martinez-Urias is set **Thursday, June 23, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: May 11, 2011