IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  10-cr-00590-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANTONIO TAURINO MARTINEZ- URIAS,

    Defendant.

_____

## ORDER
_____

As further set forth on the record at the hearing held on July 28, 2011, IT IS HEREBY ORDERED that:

1. Defense counsel's Motions to Withdraw [Doc #s 39, 42 & 43] are DENIED AS MOOT;

2. Defendant's pro se Motion to Disclose Grand Jury Material [Doc # 45] is STRICKEN on the basis that Defendant is represented by counsel;

3. A six-day jury trial is set to commence on **Monday, August 8, 2011 at 9:00 a.m.;**

4. A trial preparation conference is set for **Friday, August 5, 2011 at 9:00 a.m.;**

5. The parties shall file their proposed jury instructions, witness and exhibit lists (at Defendant's option), proposed voir dire questions, and any trial briefs they deem helpful to the Court on or before the August 5, 2011 trial preparation conference; and

6. Any Notice of Disposition shall be filed by **Monday, August 1, 2011.**

Dated:  July 28, 2011, in Denver, Colorado.

                                                        BY THE COURT:

                                                          s/Lewis T. Babcock
                                                        LEWIS T. BABCOCK, JUDGE