**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00590-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      ANTONIO TAURINO MARTINEZ-URIAS,

        Defendant.

---

### MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant has filed a Notice of Disposition (Doc 49 - filed August 1, 2011).

    This will confirm that the trial preparation conference set **Friday, August 5, 2011 at 9:00 a.m. is CONVERTED to a change of plea hearing**.  The trial set August 8, 2011  is **VACATED.**

Dated:  August 3, 2011