**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00590-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANTONIO TAURINO MARTINEZ-URIAS,

    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that the sentencing hearing regarding Defendant Martinez-Urias is set **Friday, October 21, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: August 8, 2011