IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 10-cr-00590-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANTONIO TAURINO MARTINEZ-URIAS,

       Defendant.
_____

**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582**
_____

This matter is before the court on the defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582." Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u);  2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10;  3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

| | |
|---|---|
| Previous Offense Level: | 29 |
| Criminal History Category: | I |
| Previous Guideline Range: | 87-108 months |
| | |
| Amended Offense Level: | 27 |
| Criminal History Category: | I |
| Amended Guideline Range: | 70-87 months |

It is further ordered that the motion is GRANTED.  Taking into account the factors set forth in 18 U.S.C. §3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 87 months imprisonment is reduced to **70 months**, EFFECTIVE NOVEMBER 1, 2015.

All other provisions of the Judgment entered on October 26, 2011, shall remain in effect.

**IT SO ORDERED**.

DATED at Denver, Colorado, this  6th  day of April, 2015.

BY THE COURT:


 s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court